## IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| JAMES P DORIGAN, LORI J DORIGAN, | NO. 09-12209 JUDGE: Hollis |
| DEBTOR | |

### NOTICE OF STATEMENT OF OUTSTANDING MORTGAGE OBLIGATION

As you know, our firm represents GMAC Mortgage, LLC in your Chapter 13 case number 09-12209. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan. As of March 11, 2011 the post-petition sums due and collectable are as follows:

| | | |
|---|---|---|
| 11/2010 – 03/2011 monthly payments at $1,055.54 each | = $ | 5,277.70 |
| TOTAL | = $ | 5,277.70 |

Respectfully submitted,

   /s/ Christopher R. Murphy
Attorney for GMAC Mortgage, LLC

Richard B. Aronow ARDC# 03123969
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Christopher R. Murphy ARDC# 06302607
Todd J. Ruchman ARDC# 06271827
Fisher and Shapiro, LLC
2121 Waukegan Road, Suite 301
Bannockburn, IL 60015
(847)291-1717
Attorneys for Movant
09-020545

**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**